UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SOUNDEXCHANGE, INC.<br><br>              Plaintiff,<br><br>v.<br><br><br>SIRIUS XM RADIO INC.<br><br>              Defendant. | )<br>)  Civil Action No. 1:23-01083<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Plaintiff's Financial Interest Disclosure Statement**

Plaintiff SoundExchange, Inc. ("SoundExchange") files this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Eastern District of Virginia. To enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for SoundExchange certifies that SoundExchange has nothing to report under Local Civl Rule 7.1(A)(1)(a) and (b).

Dated: August 16, 2023

OPPENHEIM + ZEBRAK, LLP

 /s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Corey Miller (*pro hac vice* motion forthcoming)
Jeff Kane (*pro hac vice* motion forthcoming)
4530 Wisconsin Avenue NW, Fifth Floor
Washington, DC 20016
(202) 480-2999
scott@oandzlaw.com
corey@oandzlaw.com
jkane@oandzlaw.com

*Attorneys for Plaintiff*