UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOUNDEXCHANGE, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 1:23-cv-01083-PTG-JFA |
| ) | |
| SIRIUS XM RADIO INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT SIRIUS XM RADIO INC.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE
ALTERNATIVE, TO TRANSFER VENUE**

Defendant Sirius XM Radio Inc., by and through undersigned counsel, respectfully moves the Court to dismiss Plaintiff's Complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), or, in the alternative, transfer this action pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York or, in the alternative, to the United States District Court for the District of Columbia.  The grounds for the motion are set forth in the accompanying memorandum of law.  A proposed order is submitted herewith.

Dated: September 22, 2023

Respectfully submitted,

By:  */s/ Craig C. Reilly*

Craig C. Reilly, Esq. (VSB # 20942)
Law Office of Craig C. Reilly
209 Madison Street Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Email: craig.reilly@ccreillylaw.com

Andrew S. Tulumello (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
Drew.Tulumello@weil.com

Todd Larson (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com

*Counsel for Defendant Sirius XM Radio Inc.*