**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| SOUNDEXCHANGE, INC., | ) |
| | ) |
| Plaintiff | ) |
| | )  No. 1:23-cv-01083-PTG-JFA |
| v. | ) |
| | ) |
| SIRIUS XM RADIO INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the alternative, to Transfer Venue. For the reasons stated in Defendant's Motion and accompanying memorandum of law, and for good cause shown, it is hereby

**ORDERED** that the Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED.**

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____ 2023.

Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge