UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOUNDEXCHANGE, INC., | ) |
| Plaintiff | ) ) ) |
| v. | )  No. 1:23-cv-01083-PTG-JFA |
| SIRIUS XM RADIO INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Thursday, October 19, 2023 at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Defendant Sirius XM Radio Inc., by and through counsel, will appear to argue its Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue.

Dated: September 22, 2023        Respectfully submitted,

By:  */s/ Craig C. Reilly*

Craig C. Reilly, Esq. (VSB # 20942)
Law Office of Craig C. Reilly
209 Madison Street Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Email: craig.reilly@ccreillylaw.com

Andrew S. Tulumello (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7100

Facsimile: (202) 857-0940
Drew.Tulumello@weil.com

Todd Larson (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com

*Counsel for Defendant Sirius XM Radio Inc.*