UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SOUNDEXCHANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-01083-PTG-WBP |
| | ) |
| SIRIUS XM RADIO INC. | ) |
| | ) |
| Defendant. | ) |

## Waiver of Oral Argument

Plaintiff has moved for leave to file a notice of supplemental authority. Dkt. 30. Plaintiff hereby waives oral argument on Plaintiff's Motion.

Dated: April 29, 2024

Respectfully submitted,

*/s/ Scott A. Zebrak*
Scott A. Zebrak (38729)
Corey Miller (*pro hac vice*)
Jeff Kane (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Telephone: 202-480-2999
scott@oandzlaw.com
corey@oandzlaw.com
jkane@oandzlaw.com

*Counsel for Plaintiff*

1